In the Matter of JAMES H. McCREERY, an Attorney, Respondent.

First Department, February 10, 1922.

**Attorney and client —attorney disbarred because convicted of felony.**

An attorney, upon being convicted of a felony, ceases to be an attorney or to be competent to practice law as such, by virtue of section 477 of the Judiciary Law, and must be disbarred.

DISCIPLINARY proceedings instituted by the Association of the Bar of the City of New York.

*Einar Chrystie,* for the petitioner.

Respondent in person.

CLARKE, P. J.:

Respondent was admitted to practice as an attorney and counselor at law in May, 1884, at a General Term of the Supreme Court, First Department. As appears by a certified copy of the extract and minutes attached to the petition, he was convicted at a Court of General Sessions of the Peace of the City of New York on the 26th of May, 1921, of grand larceny in the second degree, which is a felony. Section 477 of the Judiciary Law provides: " Any person being an attorney and counsellor-at-law, who shall be convicted of a felony, shall, upon such conviction, cease to be an attorney and counsellor-at-law, or to be competent to practice law as such."

It follows, therefore, that the respondent must be disbarred.*

LAUGHLIN, DOWLING, PAGE and MERRELL, JJ., concur.

Respondent disbarred. Settle order on notice.

* See Judiciary Law, § 88, subd. 3.— [REP.